**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| CHARLOTTE R. L. ROBERTS, | : |
| Plaintiff, | : |
| vs. | : 1:04-CV-115 (WLS) |
| JOHN POTTER, POSTMASTER GENERAL, ET. AL., | : |
| Defendants. | : |

_____

**ORDER**

      Before the Court is the Government's motion for leave to file an out-of-time answer. (Tab 11).  The motion is unopposed.  The Government had previously sought clarification as to the proper date for filing its answer because of the unique procedural posture of the case.  The Court clarified the answer due date (Tab 9), but apparently the Government did not receive a copy of the order.  For good cause shown, and without opposition from the Plaintiff, the Government's motion to file an out-of-time answer (Tab 11) is **GRANTED.**

      **SO ORDERED**, this   12th   day of July, 2005.

                                                    /s/W. Louis Sands
                                            **W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**